1 
2 
3 
4 
5 
6 IN THE UNITED STATES DISTRICT COURT 
7 FOR THE DISTRICT OF ARIZONA 

8 

9 Alencar Reis Andrade, Jr., No. CV-23-01462-PHX-DLR 

10 Petitioner, ORDER 

11 v. 

12 John E Cantu, et al., 

13 Respondents. 
14 
15 Before the Court is Petitioner Alencar Reis Andrade, Jr.’s Petition for a Writ of 
16 Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and United States Magistrate Judge 
17 Bibles’ Report and Recommendation (“R&R”) (Doc. 15). The R&R recommends that the 
18 Court deny and dismiss the petition as moot. The Magistrate Judge advised the parties that 
19 they had fourteen days to file objections to the R&R and that failure to file timely objections 
20 could be considered a waiver of the right to obtain review of the R&R. See United States 
21 v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which 
22 relieves the Court of its obligation to review the R&R. See Reyna-Tapia, 328 F.3d at 1121; 
23 Thomas v. Arn, 474 U.S. 140, 149 (1985) (“[Section 636(b)(1)] does not . . . require any 
24 review at all . . . of any issue that is not the subject of an objection.”); Fed. R. Civ. P. 
25 72(b)(3) (“The district judge must determine de novo any part of the magistrate judge’s 
26 disposition that has been properly objected to.”). The Court has nonetheless reviewed the 
27 R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. See 28 
28 U.S.C. § 636(b)(1) (stating that the district court “may accept, reject, or modify, in whole 
 or in part, the findings or recommendations made by the magistrate”); Fed. R. Civ. P. 
2|| 72(b)(3) (‘The district judge may accept, reject, or modify the recommended disposition; 
3 || receive further evidence; or return the matter to the magistrate judge with instructions.”). 
4 IT IS ORDERED that the R&R (Doc. 15) is ACCEPTED. 
5 IT IS FURTHER ORDERED Petitioner’s petition (Doc. 1) is DENIED and 
6|| DISMISSED AS MOOT. 
7 IT IS FURTHER ORDERED a Certificate of Appealability and leave to proceed 
8 || in forma pauperis on appeal are DENIED because this case arises under 28 U.S.C. § 2241 
9|| and does not attack a state court detention or a federal criminal judgment or sentence. 
10 IT IS FURTHER ORDERED directing the Clerk of the Court to enter judgment 
11 || accordingly and terminate this case. 
12 Dated this 10th day of January, 2024. 
13 
14 
15 {Z, 
17 Uaited States Dictric Judge 
18 
19 
20 
21 
22 
23 
24 
25 
26 
27 
28 

 _2-